162 So. 314

## Sam BLACKWELL v. STATE.

### 8 Div. 656.

Supreme Court of Alabama.

May 9, 1935.

Rehearing Denied June 27, 1935.

S. A. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

### PER CURIAM.

Petition of Sam Blackwell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Blackwell v. State, 162 So. 312.

On the authority of the opinion heretofore rendered in response to the inquiry of the Court of Appeals, 162 So. 310, supported by the cases cited, and also by Cook, County Treas., v. Burke, Judge, 177 Ala. 155, 58 So. 984, the writ of certiorari is denied.

Writ denied.

GARDNER, THOMAS, BROWN, and KNIGHT, JJ., concur.